UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH CARRINGTON a/k/a CANDY MASHBURN, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 16-2808 |
| CARMAX AUTO SUPERSTORES, INC., Defendant. | § § § | |

## STATUS REPORT FROM DEFENDANT CARMAX BUSINESS SERVICES, LLC D/B/A CARMAX AUTO FINANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant CARMAX BUSINESS SERVICES, LLC D/B/A CARMAX AUTO FINANCE ("CarMax") files this its Status Report and would respectfully show unto the Court as follows:

1. At the Initial Scheduling Conference held on Monday, December 12, 2016, the Court requested that the parties file status reports regarding (1) Plaintiff's employment status and (2) the status of the CarMax account. Plaintiff filed her status report regarding her employment status on Friday, December 16, 2016 (Docket 8).

2. Plaintiff and her co-buyer purchased the vehicle on May 3, 2010.

3. When they voluntarily surrendered the vehicle on September 11, 2014, Plaintiff and her co-buyer had been late on their monthly payments over 20 times.

4. After the vehicle was auctioned, the account had a deficiency balance of $5,184.17.

5. Plaintiff's co-buyer settled the account on December 1, 2014, by paying $4,917.58 ("settlement").

6.   Plaintiff sues for calls allegedly made without consent between August 8, 2014 and the settlement.

>Respectfully submitted,
>
>HUGHES WATTERS ASKANASE, L.L.P.
>
>*/s/ Sabrina A Neff*
>Sabrina A. Neff
>TBN: 24065813
>Total Plaza
>1201 Louisiana St., 28th Floor
>Houston, Texas 77002
>(713) 759-0818 – Phone
>(713) 759-6834 – Fax
>sneff@hwa.com
>
>ATTORNEYS FOR DEFENDANT
>CARMAX BUSINESS SERVICES, LLC d/b/a CARMAX AUTO FINANCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of December, 2016, a true and correct copy of this Status Report was served on Plaintiff's counsel.

David A. Fernandez                *Via ECF: davidafernandezlawoffice@mcom.com*
Law Office of David A. Fernandez, PC
2190 N. Loop West, Suite 102
Houston, Texas 77018

John V. Mastriani                 *Via ECF: mrmastriani@mastrianilaw.com*
THE MASTRIANI LAW FIRM
TBN: 13184375
P.O. Box 460174
Houston, Texas 77056

>*/s/ Sabrina A Neff*
>Sabrina A. Neff