IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH CARRINGTON a/k/a<br>CANDY MASHBURN,<br>　　　　Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 16-2808 |

## RULE 41(a)(2) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Elizabeth Carrington a/k/a Candy Mashburn, and Defendant, CarMax Business Services, LLC d/b/a CarMax Auto Finance,[1] request entry of this Stipulation and Dismissal under Rule 41(a)(2), Federal Rules of Civil Procedure.

The parties stipulate to and Plaintiff dismisses with prejudice her action against CarMax Business Services, LLC d/b/a CarMax Auto Finance.

STIPULATED:

IT IS SO ORDERED.

　　　　Done this ____ day of _____, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE NANCY ATLAS

---

[1] Plaintiff initially named CarMax Auto Superstores, Inc. as defendant, though the proper party is CarMax Business Services, LLC d/b/a CarMax Auto Finance. CarMax Business Services, LLC d/b/a CarMax Auto Finance has appeared and answered.


| | |
|---|---|
| /s/ *John V. Mastriani* | /s/ *Sabrina A. Neff* |
| John V. Mastriani    TBN: 13184375 | Sabrina A. Neff    TBN: 24065813 |
| THE MASTRIANI LAW FIRM | HUGHES WATTERS ASKANASE, LLP |
| P.O. Box 460174 | 333 Clay, 29th Floor |
| Houston, Texas 77056 | Houston, Texas 77002 |
| (713) 665-1777—Telephone | Telephone (713) 759-0818 |
| (713) 665-2777—Facsimile | Facsimile (713) 759-6834 |
| warren@mastrianilaw.com | sneff@hwa.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| ELIZABETH CARRINGTON | CARMAX BUSINESS SERVICES, LLC |
| A/K/A CANDY MASHBURN | D/B/A CARMAX AUTO FINANCE |

Scanned 20170116