United States District Court
Southern District of Texas
**ENTERED**
January 17, 2017
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH CARRINGTON aka CANDY MASHBURN, <br> Plaintiff, <br><br> v. <br><br> CARMAX SERVICES LLC d/b/a CarMax Auto Finance,[1] <br> Defendant. | § § § § § § § § § | CASE NO. 4:16-cv-2808 |

### ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal [Doc. # 12], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 17th day of **January, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff initially named CarMax Auto Superstores, Inc. as Defendant. The proper party, CarMax Business Services, LLC, appeared and participated in this case.